**Opinion filed February 16, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00018-CV

_____

## IN THE INTEREST OF A.N.W., A CHILD

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause No. CC2-3330-PC**

## MEMORANDUM OPINION

Appellant filed a notice of appeal in this cause and states that she "desires to appeal from temporary custody agreement along with child support payments." In a letter dated January 24, 2017, we informed Appellant that it did not appear that she was appealing from a final, appealable order. *See* TEX. FAM. CODE ANN. § 105.001(e) (West 2014) (providing that temporary orders in suits affecting the parent-child relationship are not subject to interlocutory appeal). We directed Appellant to respond on or before February 3, 2017, and show grounds to continue the appeal. We also informed Appellant that the appeal was subject to dismissal.

*See* TEX. R. APP. P. 42.3.  Appellant has not filed a response.  Consequently, we dismiss the appeal pursuant to Rule 42.3(c).

This appeal is dismissed.

PER CURIAM

February 16, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.